42,441-01

MR. SADIQ ADELEKE #792176
LYNAUGH UNIT
1098 S. HGY 2037
FT-STOCKTON, TX 79735
1/20/15

THE CLERK,
TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TX.

Dear Clerk,                                    Re: WR-42,441-01.

In August 31st, 1999, Clerk Court of Criminal appeals received and filed a letter for amendment raising additional complaint about trial Counsel in the above Case numbered. As a one time courtesy, Please send to Me copy of the letter.

Thank you for your time and kind assistance.

Respectfully Yours,
Sadiq Adeleke.

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

JAN 26 2015

Abel Acosta, Clerk